# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 8:24-cv-00355-DOC (DFMx) |
| Title | Larry Dunn v. Shoe Doctor Repair Shine, et al |
| Date | May 21, 2024 |

Present: The Honorable  DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: None Present

Attorneys Present for Defendants: None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

   The Court, on its own motion, hereby ORDERS plaintiff, to show cause in writing no later than **June 3, 2024,** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiffs, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X   Plaintiff filing a Motion for Entry of Default Judgment (FRCivP 55b) as to defendant SOHRAB Inc.

X   Proof of service of summons and complaint (however, if the deadline to Answer has already passed, plaintiff(s) must also submit a Request for Default or Stipulation Extending Time to Answer)

X   Notice of Voluntary Dismissal (FRCivP 41)

   It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

   No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

   Failure to respond by the date above will result in a Dismissal for Lack of Prosecution.

                                                                                   \_\_ : \_\_

Initial of Deputy Clerk   djl